**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**THOMAS WATSON, et al.,**

    **Plaintiffs,**

  v.                                **Civil Action 2:17-cv-447
Magistrate Judge Jolson**

**NORTHLAND HEATING &
AIR CONDITIONING CO., INC.,**

    **Defendant.**

## ORDER AND JUDGMENT ENTRY

This matter is before the Court on the Plaintiffs' Unopposed Amended Motion for Approval of Settlement and Order of Dismissal with Prejudice ("Motion to Approve") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). (Doc. 25). The Motion to Approve asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement reached by the parties and memorialized in the Settlement Agreement and Release ("Settlement Agreement") submitted to the Court as **Exhibit A** to the Motion to Approve.

Having reviewed the Settlement Agreement, the pleadings, declarations of counsel, and papers on file in this action, and for good cause established therein, the Court enters this Order and Judgment Entry approving the Settlement, the Settlement Agreement, and finds as follows:

1.     The proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement Agreement resolves numerous bona fide disputes between the parties including those under the

FLSA and resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiffs' Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Plaintiffs. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amount, if any, offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein. The Court grants final approval of the Settlement.

3. The Court dismisses the claims of Plaintiffs with prejudice, and enters final judgment dismissing the Litigation. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

IT IS SO ORDERED.


Date: May 29, 2018                                     /s/ Kimberly A. Jolson
                                                       KIMBERLY A. JOLSON
                                                       UNITED STATES MAGISTRATE JUDGE

SO STIPULATED:

**COFFMAN LEGAL, LLC**

 /s/ *Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
1457 S. High St.
Columbus, Ohio 43207
Phone: (614) 949-1181
Fax: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com

**BRYANT LEGAL, LLC**

 /s/ *Daniel I. Bryant*
Daniel I. Bryant (0090859)
1457 S. High St.
Columbus, Ohio 43207
Phone: (614) 704-0546
Fax: (614) 573-9826
Email: dbryant@bryantlegalllc.com

*Attorneys for Plaintiffs*

**COLLINS & SLAGLE CO., LPA**

 /s/ *Ehren W. Slagle*
Ehren W. Slagle (0075351)
21 East State Street, Suite 2300
Columbus, Ohio 43215
Phone: (614) 228-1144
Fax:  (614) 228-7619
Email:  eslagle@collins-slagle.com

*Attorney for Defendant*